IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PETER G. MCMAHON,

        Plaintiff,

v.                                                                      3:07cv226-WS

OLSON & ASSOCIATES OF
NW FLORIDA, INC., et al.,

        Defendants.

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 7) docketed December 3, 2007.  The magistrate judge recommends that this action be dismissed for the plaintiff's failure to timely serve the complaint.  The plaintiff has not filed objections to the report and recommendation.

    The court having reviewed the record, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 7) is hereby ADOPTED and incorporated by reference into this order.

    2.  The plaintiff's complaint and this action are hereby DISMISSED without prejudice.

    3.  The Clerk shall enter judgment accordingly.

DONE AND ORDERED this <u>  9th  </u> day of <u>   January   </u>, 2008.

           <u>s/ William Stafford                                    </u>
           WILLIAM STAFFORD
           SENIOR UNITED STATES DISTRICT JUDGE